# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:** CV-10-3028-R                                           **DATE:** SEPT. 23, 2010

**TITLE:** LOUISE WEINBERG -V- JANE DOE

================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                                        <u>   N/A   </u>
**Deputy Clerk**                                                       **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                              Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be
                 dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR HEARING ON OCTOBER 4,

2010 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF

TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT

ON DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                                  Initials of Deputy Clerk__WH____
**CIVIL - GEN**                                          D-M